Paul Conable, OSB No. 975368
  Direct:  503.802.2188
  Email:  paul.conable@tonkon.com
Steven D. Olson, OSB No. 003410
  Direct:  503.802.2159
  Email:  steven.olson@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779

  *Motion for admission pro hac vice forthcoming*

  *Attorneys for Plaintiff*

Susan Cook*
  Email:  susan.cook@hoganlovells.com
Jessica L. Ellsworth*
  Email:  jessica.ellsworth@hoganlovells.com
Alexander V. Sverdlov*
  Email:  aleks.sverdlov@hoganlovells.com
Marlan Golden*
  Email:  marlan.golden@hoganlovells.com
Jacob T. Young*
  Email: jake.young@hoganlovells.com
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>OREGON BOARD OF PHARMACY PRESIDENT RICHARD JOYCE, in his official capacity; OREGON BOARD OF PHARMACY VICE PRESIDENT AMY KIRKBRIDE, in her official capacity; and MEMBERS OF THE OREGON BOARD OF PHARMACY KATHLEEN CHINN, JENNIFER HALL, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities.<br><br>Defendants. | Civil No. 3:25-cv-01330<br><br>**PLAINTIFF NOVARTIS PHARMACEUTICALS CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Novartis Pharmaceuticals

Corporation hereby discloses the following information:  Novartis Finance Corporation is the

PAGE 1 – PLAINTIFF NOVARTIS PHARMACEUTICALS CORPORATION'S
CORPORATE DISCLOSURE STATEMENT

direct parent corporation of Novartis Pharmaceuticals Corporation (NPC).  NPC is an indirect,

wholly-owned subsidiary of Novartis AG.

Dated: July 29, 2025                                Respectfully submitted,


                                                    /s/ Paul Conable
                                                    Paul Conable, OSB No. 975368
                                                    Steven D. Olson, OSB No. 003410
                                                    TONKON TORP LLP
                                                    1300 S.W. Fifth Avenue, Suite 2400
                                                    Portland, OR 97201
                                                    Telephone: (503) 802-2188
                                                    paul.conable@tonkon.com

                                                    Susan M. Cook*
                                                    Jessica L. Ellsworth*
                                                    Alexander V. Sverdlov*
                                                    Marlan Golden*
                                                    Jacob T. Young*
                                                    HOGAN LOVELLS US LLP
                                                    555 Thirteenth Street, N.W.
                                                    Washington, D.C. 20004-1109
                                                    Telephone: (202) 637-5600
                                                    Facsimile: (202) 637-5910
                                                    susan.cook@hoganlovells.com

                                                    *Attorneys for Plaintiff Novartis Pharmaceuticals
                                                    Corporation*

                                                    *Motion for admission pro hac vice forthcoming*


PAGE 2 – PLAINTIFF NOVARTIS PHARMACEUTICALS CORPORATION'S
CORPORATE DISCLOSURE STATEMENT