AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| Novartis Pharmaceuticals Corporation | ) |
| --- | --- |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Oregon Board of Pharmacy President Richard Joyce, in his official capacity; Oregon Board of Pharmacy Vice President Amy Kirkbride, in her official capacity; and Members of the Oregon Board of Pharmacy Kathleen Chinn, Jennifer Hall, Victoria Kroeger, Priyal Patel, Ana Pinedo, and Bryan Smith, in their official capacities. | ) |
| *Defendant(s)* | ) |

Civil Action No.  3:25-cv-01330-IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bryan Smith
Member of the Oregon Board of Pharmacy
800 NE Oregon St., Suite 150,
Portland, Oregon 97232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Conable
Steven D. Olson
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, Oregon 97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 07/29/2025

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon ▾

| | |
|---|---|
| Novartis Pharmaceuticals Corporation <br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Oregon Board of Pharmacy President Richard Joyce, in his official capacity; Oregon Board of Pharmacy Vice President Amy Kirkbride, in her official capacity; and Members of the Oregon Board of Pharmacy Kathleen Chinn, Jennifer Hall, Victoria Kroeger, Priyal Patel, Ana Pinedo, and Bryan Smith, in their official capacities.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  3:25-cv-01330-IM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ana Pinedo
Member of the Oregon Board of Pharmacy
800 NE Oregon St., Suite 150,
Portland, Oregon 97232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Paul Conable
Steven D. Olson
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, Oregon 97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

MELISSA AUBIN, **Clerk of Court**

Date: 07/29/2025          By: s/A. Morrissey, **Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon

Novartis Pharmaceuticals Corporation

)
)
)
)
)
)

*Plaintiff(s)*

v.

Oregon Board of Pharmacy President Richard Joyce, in his official capacity; Oregon Board of Pharmacy Vice President Amy Kirkbride, in her official capacity; and Members of the Oregon Board of Pharmacy Kathleen Chinn, Jennifer Hall, Victoria Kroeger, Priyal Patel, Ana Pinedo, and Bryan Smith, in their official capacities.

*Defendant(s)*

)
)
)
)
)
)
)
)
)

Civil Action No.  3:25-cv-01330-IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Priyal Patel
Member of the Oregon Board of Pharmacy
800 NE Oregon St., Suite 150,
Portland, Oregon 97232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Paul Conable
Steven D. Olson
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, Oregon 97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 07/29/2025

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon     ▾

| | |
|---|---|
| Novartis Pharmaceuticals Corporation<br><br><br><br>_____<br>*Plaintiff(s)*<br>v.<br>Oregon Board of Pharmacy President Richard Joyce, in his official capacity; Oregon Board of Pharmacy Vice President Amy Kirkbride, in her official capacity; and Members of the Oregon Board of Pharmacy Kathleen Chinn, Jennifer Hall, Victoria Kroeger, Priyal Patel, Ana Pinedo, and Bryan Smith, in their official capacities.<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  3:25-cv-01330-IM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Victoria Kroeger
Member of the Oregon Board of Pharmacy
800 NE Oregon St., Suite 150,
Portland, Oregon 97232


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Conable
Steven D. Olson
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, Oregon 97201


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **07/29/2025**_____     **By: s/A. Morrissey, Deputy Clerk**_____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Oregon  ▾

| | |
|---|---|
| Novartis Pharmaceuticals Corporation<br><br>*Plaintiff(s)*<br>v.<br>Oregon Board of Pharmacy President Richard Joyce, in his official capacity; Oregon Board of Pharmacy Vice President Amy Kirkbride, in her official capacity; and Members of the Oregon Board of Pharmacy Kathleen Chinn, Jennifer Hall, Victoria Kroeger, Priyal Patel, Ana Pinedo, and Bryan Smith, in their official capacities.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  3:25-cv-01330-IM |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*    Jennifer Hall
Member of the Oregon Board of Pharmacy
800 NE Oregon St., Suite 150,
Portland, Oregon 97232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Conable
Steven D. Olson
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, Oregon 97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: **07/29/2025**

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon  ▼

| | |
|---|---|
| Novartis Pharmaceuticals Corporation <br><br> *Plaintiff(s)* <br> v. <br> Oregon Board of Pharmacy President Richard Joyce, in his official capacity; Oregon Board of Pharmacy Vice President Amy Kirkbride, in her official capacity; and Members of the Oregon Board of Pharmacy Kathleen Chinn, Jennifer Hall, Victoria Kroeger, Priyal Patel, Ana Pinedo, and Bryan Smith, in their official capacities. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:25-cv-01330-IM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Kathleen Chinn
Member of the Oregon Board of Pharmacy
800 NE Oregon St., Suite 150,
Portland, Oregon 97232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Conable
Steven D. Olson
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, Oregon 97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 07/29/2025

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon    ▼

Novartis Pharmaceuticals Corporation )
)
)
)
)
*Plaintiff(s)* )
)
v. )    Civil Action No.  3:25-cv-01330-IM
)
Oregon Board of Pharmacy President Richard Joyce, in his official )
capacity; Oregon Board of Pharmacy Vice President Amy Kirkbride, in )
her official capacity; and Members of the Oregon Board of Pharmacy )
Kathleen Chinn, Jennifer Hall, Victoria Kroeger, Priyal Patel, Ana )
Pinedo, and Bryan Smith, in their official capacities. )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amy Kirkbride
Vice President of the Oregon Board of Pharmacy
800 NE Oregon St., Suite 150,
Portland, Oregon 97232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Conable
Steven D. Olson
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, Oregon 97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 07/29/2025

**By: s/A. Morrissey, Deputy Clerk**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Oregon

Novartis Pharmaceuticals Corporation

)
)
)
)
)
)

*Plaintiff(s)*

v.

Oregon Board of Pharmacy President Richard Joyce, in his official
capacity; Oregon Board of Pharmacy Vice President Amy Kirkbride, in
her official capacity; and Members of the Oregon Board of Pharmacy
Kathleen Chinn, Jennifer Hall, Victoria Kroeger, Priyal Patel, Ana
Pinedo, and Bryan Smith, in their official capacities.

)
)
)
)
)
)
)
)

*Defendant(s)*

Civil Action No. 3:25-cv-01330-IM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Richard Joyce
President of the Oregon Board of Pharmacy
800 NE Oregon St., Suite 150,
Portland, Oregon 97232

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:

Paul Conable
Steven D. Olson
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, Oregon 97201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

**MELISSA AUBIN, Clerk of Court**

Date: 07/29/2025

**By: s/A. Morrissey, Deputy Clerk**