Paul Conable, OSB No. 975368
  Direct: 503.802.2188
  Email: paul.conable@tonkon.com
Steven D. Olson, OSB No. 003410
  Direct: 503.802.2159
  Email: steven.olson@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503.274.8779

*Attorneys for Plaintiff*

Susan Cook*
  Email: susan.cook@hoganlovells.com
Jessica L. Ellsworth*
  Email: jessica.ellsworth@hoganlovells.com
Alexander V. Sverdlov*
  Email: aleks.sverdlov@hoganlovells.com
Marlan Golden*
  Email: marlan.golden@hoganlovells.com
Jacob T. Young*
  Email: jake.young@hoganlovells.com
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>            Plaintiff,<br><br>    v.<br><br>OREGON BOARD OF PHARMACY PRESIDENT RICHARD JOYCE, in his official capacity; OREGON BOARD OF PHARMACY VICE PRESIDENT AMY KIRKBRIDE, in her official capacity; and MEMBERS OF THE OREGON BOARD OF PHARMACY KATHLEEN CHINN, JENNIFER HALL, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities,<br><br>            Defendants. | Civil No. 3:25-cv-1330-IM<br><br>**JOINT STIPULATION AND PROPOSED ORDER** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(B) and LR 16-3(a), the parties hereby jointly stipulate to an agreement regarding the pending preliminary-injunction motion and propose vacating the

PAGE 1 – JOINT STIPULATION AND PROPOSED ORDER

Court's Amended Scheduling Order (ECF No. 10). In support of that stipulation and proposed order, the parties state as follows:

1. Novartis brought this action challenging H.B. 2385, a new Oregon law slated to take effect on September 26, 2025. Novartis moved for a preliminary injunction and requested a decision on that motion in advance of the law's effective date. ECF No. 5 at 3.

2. The parties have since agreed to the following stipulation:

    a. The Oregon Board of Pharmacy agrees to forbear enforcement of H.B. 2385 until the Court issues final judgment in Plaintiff's lawsuit challenging that state law in *Novartis v. Oregon Board of Pharmacy*, No. 3:25-cv-1330 (D. Or.). The time period between the effective date of the law and the issuance of final judgment shall be referred to as the "Period of Forbearance."

    b. In addition, the Board will not take enforcement action or otherwise assess liability under H.B. 2385 for any conduct by Plaintiff that occurred during the Period of Forbearance.

3. In light of the agreement, Novartis voluntarily withdraws its Motion for Preliminary Injunction (ECF No. 5) without prejudice.

4. The parties also have met and conferred about broader case scheduling, and agree that this case may be resolved on dispositive motions and oral argument, without the need for discovery or an evidentiary hearing. Therefore, the parties respectfully request that Court vacate the deadlines in its August 21, 2025 Amended Scheduling Order (ECF No. 10), as well as the requirements to issue a scheduling order under Federal Rule of Civil Procedure 16(b)(1) and to provide disclosures under Federal Rule of Civil Procedure 26(a)(1), and instead direct the parties to file a proposed schedule for further proceedings within 14 days of this Stipulation.

DATED: August 29, 2025    Respectfully submitted,

/s/ Steven D. Olson
Paul Conable, OSB No. 975368
Steven D. Olson, OSB No. 003410
TONKON TORP LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 802-2188
paul.conable@tonkon.com

Susan Cook*
Jessica L. Ellsworth*
Alexander V. Sverdlov*
Marlan Golden*
Jacob T. Young*
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
susan.cook@hoganlovells.com

*Attorneys for Plaintiff Novartis Pharmaceuticals Corporation*

*Motion for admission pro hac vice forthcoming

Dan Rayfield
Attorney General

/s/ Shaunee Morgan
Shaunee Morgan, OSB No. 194256
Scott Kennedy, D.C. Bar No. 1658085
Assistant Attorneys General
Trial Attorneys
DEPARTMENT OF JUSTICE
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Facsimile: (971) 673-5000
shaunee.morgan@doj.oregon.gov
scott.kennedy@doj.oregon.gov

*Attorneys for Defendants*