Paul Conable, OSB No. 975368
  Direct:  503.802.2188
  Email:  paul.conable@tonkon.com
Steven D. Olson, OSB No. 003410
  Direct:  503.802.2159
  Email:  steven.olson@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Attorneys for Plaintiff*
*Novartis Pharmaceuticals*
*Corporation*

Susan Cook*
  Email:  susan.cook@hoganlovells.com
Jessica L. Ellsworth*
  Email:  jessica.ellsworth@hoganlovells.com
Alexander V. Sverdlov*
  Email:  aleks.sverdlov@hoganlovells.com
Marlan Golden*
  Email:  marlan.golden@hoganlovells.com
Jacob T. Young*
  Email: jake.young@hoganlovells.com
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600

*Admitted pro hac vice*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>OREGON BOARD OF PHARMACY PRESIDENT RICHARD JOYCE, in his official capacity; OREGON BOARD OF PHARMACY VICE PRESIDENT AMY KIRKBRIDE, in her official capacity; and MEMBERS OF THE OREGON BOARD OF PHARMACY KATHLEEN CHINN, JENNIFER HALL, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities,<br><br>    Defendants. | No. 3:25-CV-1330-IM<br><br>**[PROPOSED] ORDER** |

Upon consideration of the parties' cross-motions for summary judgment, the entire record in this case, and any arguments of counsel, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment is **GRANTED**. It is further

**ORDERED** that Defendants' Motion for Summary Judgment is **DENIED**. Summary judgment is hereby

**ENTERED** in favor of Novartis Pharmaceuticals Corporation on Counts I–III of its Verified Complaint, ECF No. 1 ¶¶ 150–169. House Bill 2385 of the 83rd Oregon Legislative Assembly–2025 Regular Session (H.B. 2385) is also hereby

**DECLARED** unconstitutional under the Supremacy Clause, U.S. Const., art. IV, cl. 2, and under the Commerce Clause, U.S. Const. art. I, § 8, cl. 3, and for those reasons null, void, and unenforceable. Defendants are also hereby permanently

**ENJOINED** from implementing or enforcing H.B. 2385 in any way against Novartis, including through any of its affiliates, officers, agents, employees, representatives, wholesalers, distributors, or contractors.

**SO ORDERED**, this \_\_\_\_\_ day of _____.

                                                 Hon. Karin J. Immergut
                                                 United States District Judge