Paul Conable, OSB No. 975368
  Direct:  503.802.2188
  Email:  paul.conable@tonkon.com
Steven D. Olson, OSB No. 003410
  Direct:  503.802.2159
  Email:  steven.olson@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779

*Attorneys for Plaintiff*
*Novartis Pharmaceuticals*
*Corporation*

Susan Cook*
  Email:  susan.cook@hoganlovells.com
Jessica L. Ellsworth*
  Email:  jessica.ellsworth@hoganlovells.com
Marlan Golden*
  Email:  marlan.golden@hoganlovells.com
Jacob T. Young*
  Email:  jake.young@hoganlovells.com
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone:  (202) 637-5600

*Admitted pro hac vice*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br>       Plaintiff, <br><br>    v. <br><br> OREGON BOARD OF PHARMACY PRESIDENT RICHARD JOYCE, in his official capacity; OREGON BOARD OF PHARMACY VICE PRESIDENT AMY KIRKBRIDE, in her official capacity; and MEMBERS OF THE OREGON BOARD OF PHARMACY KATHLEEN CHINN, JENNIFER HALL, VICTORIA KROEGER, PRIYAL PATEL, ANA PINEDO, and BRYAN SMITH, in their official capacities, <br><br>       Defendants. <br><br> OREGON PRIMARY CARE ASSOCIATION, <br><br>       Intervenor | No. 3:25-CV-1330-IM <br><br> **JOINT STIPULATION AND PROPOSED ORDER** |

PAGE 1 – JOINT STIPULATION AND PROPOSED ORDER

Pursuant to the Court's March 25, 2026 Order and LR 16-3, counsel for Plaintiff Novartis Pharmaceuticals Corporation and Intervenor-Defendant Oregon Primary Care Association (OPCA) have conferred and propose the below schedule for further proceedings.

1.  OPCA shall defer filing an answer to Plaintiff's Verified Complaint (ECF No. 1) until further order of the Court.  OPCA shall file an answer only if the Court determines it is necessary after reviewing the parties' motions for summary judgment.

2.  The parties propose the following schedule for the remainder of summary-judgment briefing:

a.  **April 30, 2026**:  Novartis shall reply in support of its motion for summary judgment and respond to OPCA's cross-motion for summary judgment in a single consolidated filing not to exceed 5,500 words.

b.  **June 1, 2026**:  OPCA shall reply in support of its cross-motion for summary judgment in a filing not to exceed 5,500 words.

3.  The parties will make themselves available for oral argument, if acceptable to the Court, on a date and time convenient to the Court.

Dated:  March 31, 2026                        Respectfully submitted,

*/s/ Paul Conable*
Paul Conable, OSB No. 975368
Steven D. Olson, OSB No. 003410
TONKON TORP LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, OR 97201
Telephone: (503) 802-2188
paul.conable@tonkon.com

Susan Cook*
Jessica L. Ellsworth*
Marlan Golden*

PAGE 2 – JOINT STIPULATION AND PROPOSED ORDER

Jacob T. Young*
HOGAN LOVELLS US LLP
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 637-5600
susan.cook@hoganlovells.com

*Attorneys for Plaintiff Novartis
Pharmaceuticals Corporation*

*\*Admitted pro hac vice*

/s/ David G. Samuels
Christopher J. Kayser (OSB #984244)
ckayser@lvklaw.com
David G. Samuels (OSB #206308)
dsamuels@lvklaw.com
LARKINS VACURA KAYSER LLP
121 SW Morrison Street, Suite 700
Portland, Oregon 97204
Telephone: 503-222-4424

Ronald S. Connelly* (D.C. Bar No. 488298)
Ron.Connelly@PowersLaw.com
POWERS PYLES SUTTER &
VERVILLE, PC
1250 Connecticut Ave. N.W., 8th Floor
Washington, DC 20036
Telephone: 202-466-6550

*\* Admitted pro hac vice*

*Attorneys for Intervenor-Defendant Oregon
Primary Care Association*

PAGE 3 – JOINT STIPULATION AND PROPOSED ORDER